UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH<br><br>v.<br><br>AMOS CARRASQUILLO | Docket No. 23-CR-10186-ADB |

### AMOS CARRASQUILLO'S MOTION FOR TEMPORARY RELEASE TO ATTEND HIS DAUGHTER'S FUNERAL

Amos Carrasquillo was charged nearly one and a half years ago and has never challenged his detention. On Monday, September 1, 2025, his beloved 17-year old daughter took her own life. Mr. Carrasquillo's anguish cannot be overstated.

The funeral will be held at Wm. F. Spencer Funeral Service, 575 E. Broadway, South Boston, Massachusetts 02174 on Tuesday, September 9, 2025. The viewing is scheduled for 9am-1pm with a burial to follow immediately thereafter.

Mr. Carrasquillo's modest request is that he be permitted to see his daughter and say goodbye. For this purpose, he seeks a one-day furlough on Tuesday, Septemebr 9, 2025. He will be transported to the funeral by his girlfriend and returned to the facility by 4pm. Alternatively, he seeks permission to be escorted by the United States Marshal Service. As detailed in the attached affidavit, the funeral home has experience in permitting incarcerated individuals to privately visit loved ones during a closed-viewing and is willing and able to make such an arrangement for Mr. Carrasquillo.

Respectfully submitted,  
AMOS CARRASQUILLO  
By and through his attorney,  

*/s/ Leoneard E. Milligan III*  
Leonard E. Milligan III  
BBO 668836  
28 State St. Ste, 802  
Boston, MA 02109  
617.395.9493  
len@attorneymilligan.com  

CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2025, I electronically filed this document and its supporting affidavit of counsel using the Court's CM/ECF system and that all participants are registered CM/ECF users and the service will be accomplished by the CM/ECF system.

*Leonard E. Milligan III*  
Leonard E. Milligan III

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH<br><br>v.<br><br>AMOS CARRASQUILLO | Docket No. 23-CR-10186-ADB |

AFFIDAVIT OF COUNSEL IN SUPPORT OF AMOS CARRASQUILLO'S MOTION FOR TEMPORARY RELEASE TO ATTEND HIS DAUGHTER'S FUNERAL

I, Leonard E. Milligan III, hereby state the following, under the pains and penalties of perjury.

1. I am counsel for Mr. Carrasquillo in the above captioned matter.

2. Mr. Carrasquillo assented to a voluntary order of detention on February 14, 2024, when he was charged in this vast RICO allegation involving dozens of defendants.

3. He has been incarcerated at Donald J. Wyatt Detention facility ever since.

4. Mr. Carrasquillo's pretrial incarceration has been free of disciplinary concerns.

5. On Monday, September 9, 2025, Mr. Carrasquillo's beloved 17 year-old daughter, the name of whom counsel can provide to the Court, took her own life.

6. On Wednesday, September 3, 2025, counsel spoke to AUSA Michael Crowley. Mr. Crowley expressed sympathy for Mr. Carrasquillo but expected that for policy reasons, factual reasons, or both, he would likely oppose this request.

7. On Thursday, September 4, 2025, arrangements were finalized for the services to honor Mr. Carrasquillo's daughter's life. A funeral has been scheduled for Tuesday, September 9, 2025, at Wm. F. Spencer Funeral Home at 575 E Broadway, South Boston, Massachusetts.

8. On Friday, September 5, 2025, (the date of this filing) undersigned counsel spoke to Mr. Spencer, owner of the funeral home. He confirmed that the viewing is scheduled for 9am-1pm, with a graveside burial service scheduled for immediately thereafter.

9. Mr. Spencer further confirmed that, based in part of his own demanding schedule, no obituary has yet been published. He expected such a publication by the same afternoon. Consequently, this document lacks that traditionally accepted supporting documentation.

10. Mr. Spencer further confirmed that his facility has experience in accommodating a closed viewing by incarcerated individuals and offered to coordinate with the US Marshals to make these arrangements.

11. If this Court releases Mr. Carrasquillo on furlough for the daytime on September 9th, his longtime girlfriend, Jessica Ruiz has expressed a willingness to transport Mr. Carrasquillo to and from Wyatt according to any procedure set forth by the Court. Ms. Ruiz has no record of criminal convictions, is gainfully employed, and a very positive influence in his life. She will act as surety or otherwise accept responsibility for Mr. Carrasquillo transportation and compliance with all other court orders.

12. If this Court, after consultation with the US Marshals, orders the defendant transported for limited, closed viewing, counsel will ensure Mr. Spencer at the funeral home and the Marshals have any information needed to ensure a safe and efficient visit.

The above is true and accurate to the best of knowledge, after conducting diligent efforts to confirm the truthfulness of any statements from others, and is signed under the pains and penalties of perjury this Fifth day of September 2025.

*/s/ Leonard E. Milligan III*
Leonard E. Milligan III