UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Crim. No. 23cr10186-ADB |
| v. ) | |
| ) | |
| AMOS CARRASQUILLO, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL

While the government sympathizes with the request by Defendant Amos Carrasquillo to attend his daughter's funeral, the motion should be denied for public safety reasons. Defendant is presently charged in a RICO conspiracy involving one of the most dangerous street gangs in the Boston area. Defendant has been identified as a member of the gang. The government believes that it will be able to prove at trial that Defendant engaged in acts of violence on behalf of the gang, including being involved in at least one shooting, as well as being involved in gang-related drug trafficking. At the time of Defendant's arrest in February 2024, investigators executed a federal search warrant at an apartment used by Defendant (a felon) and recovered (1) a .40 caliber semi-automatic pistol loaded with 14 rounds of ammunition and (2) a small amount of cocaine base and cocaine packaged consistent for sale on the street

If any release were to occur, it would need to overseen by the United States Marshals Service. The government has not been able to obtain the USMS' position on the proposed temporary release. However, the government believes that such a release places not only the USMS at risk (i.e., the Deputy Marshals who would have to oversee the release) but also the public at large, including those attending the funeral. Defendant is facing a significant potential sentence in the pending case if he is found guilty after trial – a fact that unfortunately raises the

1

potential for an attempted escape. Any such attempted escape would by its very nature involve a potential for violence. In addition, Defendant's gang (the Heath Street Gang) has been involved in violent feuds with various other violent street gangs in the Boston area. These feuds have involved a myriad of shootings, including shootings at public events, thus potentially placing the funeral at risk of Defendant were present.

In light of the above, the government objects to the temporary release of Defendant due to the danger presented to the community and the USMS.

Respectfully submitted,

LEAH B. FOLEY<br>
United States Attorney

By:   /s/ *Michael Crowley*<br>
      MICHAEL CROWLEY<br>
      Assistant U.S. Attorney

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:   /s/ *Michael Crowley*<br>
      MICHAEL J. CROWLEY<br>
      Assistant U.S. Attorney