UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMOS CARRASQUILLO | Docket No. 23-CR-10186-ADB |

MOTION TO WITHDRAW AND SEEKING APPOINTMENT OF NEW COUNSEL

Undersigned counsel respectfully seeks leave of this Court to withdraw as counsel for Amos Carrasquillo and that Mr. Carrasquillo be appointed new CJA counsel. For the reasons set-forth in the attached affidavit, the Attorney-Client relationship is irretrievably damaged, and Mr. Carrasquillo has respectfully asked counsel to file the instant motion.

Respectfully submitted,

AMOS CARRASQUILLO,
By his attorney,

*/s/ Leonard E. Milligan III*
Leonard E. Milligan III
BBO #668836
28 State Street-Suite 802
Boston, MA 02109
len@attorneymilligan.com
Tel.617.395.9493| Fax 855.395.5525

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMOS CARRASQUILLO | Docket No. 23-CR-10186-ADB |

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AND SEEKING APPOINTMENT OF NEW COUNSEL

---

I, Leonard E. Milligan III, do hereby state under the pains and penalties of perjury, that:

1. On or about February 14, 2024, I was appointed to represent Mr. Carrasquillo.

2. Mr. Carraquillo is charged in a sprawling RICO conspiracy that covers nearly two decades of conduct by Mr. Carrasquillo and about two dozen others.

3. The discovery in the case is massive and has required the assistance of a Coordinating Discovery Attorney.

    a. On October 23, 2024, I met with AUSA Michael Crowley and his team to focus discovery review. That meeting outlined as many as six separate acts that might be proved at a trial. This included a murder for which Mr. Carrasquillo was acquitted by a Massachusetts (state) jury. It also included allegations of witness intimidation, firearm and drug possession at the time of arrest.

    b. We also began to discuss resolution. Those conversations broadly outlined the period of incarceration that government would seek in a plea and the types of conduct Mr. Carrasquillo would be required to admit.

    c. Discovery continued to be produced and, in large part, will vastly expand if the government intends to proceed to trial in the manner outlined in the meeting and subsequent conversations.

4. Since the inception of the case, Mr. Carrasquillo has been actively engaged in his defense and has specific legal and factual argument he intends to make.

    a. Counsel has investigated many of the legal and factual concerns of Mr. Carrasquillo.

    b. Mr. Carrasquillo's prior acquittal for a homicide has been particularly challenging. Transcripts were not created because the case resulted in acquittal. Many of the court reporters have retired, and the trial happened during the transition to digital courtroom recordings. Counsel interviewed trial counsel to learn what he could about that trial and has a focused transcript request, yet to be completed.

5. Mr. Carrasquillo has asked counsel to withdraw so that he may begin to work with replacement counsel.

6. Counsel agrees that he and Mr. Carrasquillo have not been able to agree on litigation strategy. Counsel further agrees that the defense Mr. Carrasquillo seeks to mount may be beyond counsel's current capacity, based on caseload and

   personal factors. Counsel can elaborate in writing or in-person for the Court's benefit on personal challenges with contribute to this assessment.

7. Counsel and Mr. Carrasquillo has been respectful and diligent in working together, seeking to resolve differences, and chart a path to work together. Those good-faith efforts have not changed the necessity of this request to withdraw.

I swear the above is true and accurate under the pains and penalties of perjury, this 9th day of February 2026.

*/s/ Leonard E. Milligan III*
Leonard E. Milligan III

## CERTIFICATE OF SERVICE

I certify that on February 9, 2026. I electronically filed the foregoing document and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Leonard E. Milligan III*
Leonard E. Milligan III