AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

| | | |
|---|---|---|
| ______________________ *Plaintiff* | ) | |
| v. | ) | Case No. |
| ______________________ *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

______________________________________________ .

Date: ____________________

______________________
*Attorney's signature*

______________________
*Printed name and bar number*

______________________
*Address*

______________________
*E-mail address*

______________________
*Telephone number*

______________________
*FAX number*